No. 352. MILWAUKEE & SUBURBAN TRANSPORT CORP. *v.* PUBLIC SERVICE COMMISSION OF WISCONSIN ET AL.   Appeal from the Supreme Court of Wisconsin.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. Treating the papers whereon the appeal was taken as a

petition for writ of certiorari, certiorari is denied. *Maxwell H. Herriott* for appellant. *Vernon W. Thomson*, Attorney General of Wisconsin, *Stewart G. Honeck*, Deputy Attorney General, and *William E. Torkelson* for the Public Service Commission, and *Walter J. Mattison* and *Harry G. Slater* for the City of Milwaukee et al., appellees.